IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR McELROY,<br><br>        Plaintiff,<br><br>v.<br><br>PATIENT SELECTION COMMITTEE OF THE NEBRASKA MEDICAL CENTER, JAMES H. SORRELL, HOLLY SHOEMAKER, and SUE MILLER,<br><br>        Defendants. | 4:06CV3162<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      SO ORDERED.

      DATED this 1st day of August, 2006.

                                BY THE COURT:

                                s/ Joseph F. Bataillon
                                JOSEPH F. BATAILLON
                                United States District Judge