IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR McELROY, | ) | 4:06CV3162 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PATIENT SELECTION COMMITTEE OF THE NEBRASKA MEDICAL CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Defendant James H. Sorrell's motion to dismiss (filing 19) is denied without prejudice to raising the same issues on motion for summary judgment.[1]

2. The clerk of the court shall rename the plaintiff's "motion" to deny defendant's motion to dismiss (filing 21) as a "brief".[2]

3. Plaintiff's motion to compel discovery (filing 28) is denied for failure to comply with the certification requirement of Federal Rule of Civil Procedure 37(a)(2)(B).

May 9, 2007.                          BY THE COURT:
                                      s/ *Richard G. Kopf*
                                      United States District Judge

---

[1] See memorandum and order entered on January 30, 2007 (filing 23), denying a similar motion to dismiss filed by the other defendants.

[2] See NECivR 7.1(b)(1)(A) ("The party opposing a motion shall not file an "answer," or "opposition," "objection," or "response" to a motion, or any similarly titled responsive pleading, but instead shall file a paginated brief . . ..").