IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR McELROY, | ) | 4:06CV3162 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PATIENT SELECTION | ) | |
| COMMITTEE OF THE NEBRASKA | ) | |
| MEDICAL CENTER; JAMES H. | ) | |
| SORRELL; HOLLY SHOEMAKER; | ) | |
| and SUE MILLER, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to F.R.A.P. 24(a), and construing the papers liberally,

IT IS ORDERED that:

1.     Plaintiff's motion for leave to proceed in forma pauperis on appeal (filing 52) is granted; and

2.     The Clerk of the court is directed to process the appeal and to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

December 17, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge